# EXHIBIT A

Case: Headhunter, LLC v. Doe—158.222.145.83 et al.
Film: *A Family Man*

| Record No. | IP | Port | Hit Date UTC | ISP | Region |
|---|---|---|---|---|---|
| 1 | 158.222.145.83 | 50321 | 2017-07-20 11:09:39 | Time Warner Cable | New York |
| 2 | 50.74.122.10 | 44822 | 2017-09-05 18:48:46 | Time Warner Cable | New York |
| 3 | 68.132.187.103 | 44717 | 2017-06-05 23:02:58 | Verizon Fios | New York |
| 4 | 100.33.65.93 | 58725 | 2017-10-18 21:40:06 | Verizon Fios | New York |
| 5 | 72.229.52.155 | 35520 | 2017-06-06 23:58:33 | Time Warner Cable | New York |
| 6 | 68.196.219.148 | 11019 | 2017-10-16 20:51:39 | Optimum Online | New York |
| 7 | 24.104.207.175 | 26158 | 2017-09-03 14:56:00 | Time Warner Cable | New York |
| 8 | 67.85.113.232 | 6882 | 2017-06-07 20:21:21 | Optimum Online | New York |
| 9 | 24.38.197.140 | 28382 | 2017-10-17 09:54:09 | Optimum Online | New York |
| 10 | 69.74.50.46 | 15312 | 2017-06-09 14:27:46 | Optimum Online | New York |
| 11 | 74.90.192.238 | 56607 | 2017-08-30 23:06:08 | Optimum Online | New York |
| 12 | 108.30.87.216 | 52955 | 2017-09-01 10:26:51 | Verizon Fios | New York |
| 13 | 67.86.104.204 | 56156 | 2017-10-01 21:14:36 | Optimum Online | New York |
| 14 | 172.254.22.71 | 61380 | 2017-08-10 12:01:52 | Time Warner Cable | New York |
| 15 | 96.224.234.185 | 57532 | 2017-08-31 15:30:00 | Verizon Fios | New York |