

Bryan N. DeMatteo<br>bryan@demfirm.com

February 6, 2018

**VIA CM/ECF**
The Honorable District Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:        Headhunter, LLC v. Doe—158.222.145.83 *et al*.
                  Civ. A. No. 1:17-cv-08375-VEC

Dear Judge Caproni:

    DeMatteo Law, PLLC represents Headhunter, LLC ("Plaintiff") in the above-identified copyright infringement action against various unnamed Doe defendants.  We write in response to the Court's February 6, 2018 order requesting that the Plaintiff show cause why it should not be sanctioned for failing to provide the Court with status by February 2, as ordered by the Court in its November 13, 2017 order.  *see* Dkt. 8.  Respectfully, Plaintiff provided the Court with the requested status in its January 12, 2018 letter.  *See* Dkt. 19.

    Plaintiff filed its complaint for copyright infringement on October 31, 2017.  *See generally* Dkt. 1.  On November 13, 2017, Your Honor granted Plaintiff's motion seeking leave to conduct third-party discovery on various Internet Service Providers.  *See* Dkt. 7, 8.  The Court's November 13 Order also required Plaintiff to "file a status letter with the court ***by*** February 2, 2018."  *See* Dkt. 8.  On January 12, 2018, Plaintiff filed with the Court a letter "provid[ing] the Court with status of expedited third-party discovery"[1] and requesting an extension of the Rule 4(m) deadline.  *See* Dkt. 19.  That same day, the Court endorsed Plaintiff's letter motion and granted-in-part the requested extension.  *See* Dkt. 20.

    As Plaintiff complied fully with the Court's November 13 order requesting status, it is respectfully submitted that Plaintiff should not be made to suffer any sanctions.

                                        Respectfully submitted,

                                        D<small>E</small>M<small>ATTEO</small> L<small>AW</small>, PLLC

---

[1] The Court's November 13 order related solely to third-party discovery.  At the time status was provided on January 12, and also as of the February 2 deadline, this matter had not yet proceeded beyond third-party discovery, nor had an amended complaint been served by either date.  As such, Plaintiff could provide the Court *only* with status insofar as it related to third-party discovery.

/s/ *Bryan N. DeMatteo*
Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Headhunter, LLC*