Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DEMATTEO LAW, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Headhunter, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/18

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

HEADHUNTER, LLC,

    *Plaintiff*,

v.

DOE—158.222.145.83, DOE—50.74.122.10,
DOE—68.132.187.103, DOE—100.33.65.93,
DOE—72.229.52.155, DOE—68.196.219.148,
DOE—24.104.207.175, DOE—67.85.113.232,
DOE—24.38.197.140, DOE—69.74.50.46,
DOE—74.90.192.238, DOE—108.30.87.216,
DOE—67.86.104.204, DOE—172.254.22.71, and
DOE—96.224.234.185,

    *Defendants*.

Civil A. No. 1:17-cv-08375-VEC

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed with prejudice as to defendant DOE—100.33.65.93 only, as the parties have settled.

DATED: February 14, 2018

SO ORDERED:

_____
U.S.D.J.

Respectfully submitted,

DEMATTEO LAW, PLLC

*/s/ Bryan N. DeMatteo*
_____
Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
830 Third Avenue, 5th Floor
New York, NY 10022

Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Headhunter, LLC*

The claim against Defendant DOE-100.33.65.93 is dismissed with prejudice.~~-

SO ORDERED.

*[signature: Valerie Caproni]*          2/14/18

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE